AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DEANDRE COOK | Case No.    5:23CR50049-001 |
|  | USM No.    56095-298 |
|  | Kevin Lammers |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation(s)   No. 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, and 12 of the term of supervision.

☒ was found not in violation of condition(s) count(s)   13, 14, and 15   after denial of guilt and were dismissed.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition: New federal, state, or local crime | June 7, 2023 |
| 2 | Mandatory Condition: Unlawful use of a controlled substance | May 15, 2023 |
| 3 | Mandatory Condition: Unlawful use of a controlled substance | June 13, 2023 |
| 4 | Standard Condition #7: Excessive use of alcohol | August 21, 2023 |
| 5 | Mandatory Condition: New federal, state, or local crime | September 13, 2023 |
| 6 | Standard Condition #7: Excessive use of alcohol | September 13, 2023 |
| 7 | Mandatory Condition: New federal, state, or local crime | July 14, 2023 |
| 8 | Standard Condition #7: Possession of a controlled substance | July 14, 2023 |
| 9 | Standard Condition #9: Association restrictions | July 14, 2023 |
| 10 | Mandatory Condition: New federal, state, or local crime | July 17, 2023 |
| 11 | Standard Condition #7: Possession of a controlled substance | July 17, 2023 |
| 12 | Standard Condition #9: Association restrictions | June 1, 2023 |

The defendant is sentenced as provided on page _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   1363

Defendant's Year of Birth:   1979

City and State of Defendant's Residence:
Springdale, Arkansas

January 4, 2024
Date of Imposition of Judgment

Signature of Judge

Honorable Timothy L. Brooks, United States District Judge
Name and Title of Judge

January 10, 2024
Date

AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: DEANDRE COOK
CASE NUMBER: 5:23CR50049-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **Sixty (60) months imprisonment. There is no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
1. **That the defendant be designated to FCI Forrest City, to the extent that they have bedspace available in the defendant's classification level.**
2. **That the defendant be allowed to participate in RDAP.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL